# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:22-CV-163-SPM |
| | ) | |
| OFFICER UNKNOWN HADZIC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of *pro se* plaintiff Shannon Gibson's response to the Court's February 24, 2022 order. Plaintiff initiated this civil action on February 10, 2022 by filing a complaint pursuant to 42 U.S.C. § 1983 against two law enforcement officers, and St. Louis County. He neither paid the statutory filing fee, nor filed a motion for leave to proceed *in forma pauperis*, and on February 24, 2022, the Court entered an order directing him to do one or the other. On February 28, 2022, plaintiff filed an amended complaint, and on March 24, 2022, he complied with the Court's order by paying the $402 filing fee.

Because plaintiff is not proceeding *in forma pauperis* in this matter, the Court is not responsible for effecting service of process. Plaintiff is advised that, under Rule 4(c)(2) of the Federal Rules of Civil Procedure, "[s]ervice may be effected by any person *who is not a party and who is at least 18 years of age.*" (Emphasis added.)  That means that plaintiff is not permitted to serve process himself, and must find a qualified person to serve process upon the amended complaint pursuant to the Federal Rules of Civil Procedure. If plaintiff cannot do so, he may move the Court, at a later date, to direct the United States Marshals Service to effect service of process.  If plaintiff chooses to file such a motion, his request must be supported by an

explanation, in writing, of the steps he took to locate a qualified person to serve process on the amended complaint, and why he was unsuccessful.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall cause service of process to be effected upon the amended complaint in accordance with the Federal Rules of Civil Procedure.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of April, 2022.